# United States District Court
# Central District of California

| | |
|---|---|
| LUIS VILLEGAS,<br><br>              Plaintiff,<br><br>     v.<br><br>FOOD 4 LESS OF CALIFORNIA, INC.;<br>DOES 1–10,<br><br>              Defendants. | Case No. 2:13-cv-08099-ODW(CWx)<br><br>**ORDER TO SHOW CAUSE RE.**<br>**SETTLEMENT** |

On July 30, 2014, the mediator informed the Court that the parties fully settled the case at their July 29, 2014 mediation. (ECF No. 24.) The Court therefore **VACATES** all outstanding dates in this action. The parties shall also promptly file a notice of settlement on the docket per Local Rule 40-2. The Court further **ORDERS** the parties **TO SHOW CAUSE** in writing by **Monday, August 25, 2014**, why they have not finalized settlement. No hearing will be held; the parties shall respond in writing. The Court will discharge this Order upon the filing of a stipulated dismissal. Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

August 11, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**